IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01206-WDM-OES

ONE BEAVER CREEK ASSOCIATION,

    Plaintiff,

v.

TIMOTHY RIGAS; et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court construes Plaintiff's Motion to Dismiss Case Without Prejudice as a Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on August 3, 2005.

                BY THE COURT:

                /s/ Walker D. Miller
                United States District Judge

PDF FINAL